IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TERRANCE J. HOLLY                                                                                           PLAINTIFF

v.                                       Case No. 6:23-cv-6103

SHERIFF MIKE MCCORMICK (Garland
County, Arkansas); JAIL ADMINISTRATOR
JOEL WARE (Garland County Detention Center, GCDC);
FOOD ADMINISTRATOR JESSIE HUNDHAUSEN (GCDC);
DEPUTY KING (GCDC); EVAN JONES (GCDC);
SERGEANT GATES                                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Christ Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Comstock recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 24th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge